IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOBSON BROTHERS CONSTRUCTION COMPANY, f/k/a WESTERN PLAINS CONSTRUCTION COMPANY, a Nebraska Corporation, | ) ) ) ) | 4:06CV3030 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER |
| PIECES BREAKING SERVICE, and OHIO CASUALTY GROUP, an Ohio Corporation, | ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's Notice of Voluntary Dismissal of Action with Prejudice, filing 5, construed as a motion to dismiss, is granted and this action is dismissed with prejudice, each party to bear its own costs.

DATED this 20th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge